# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO SERGIO SANCHEZ-RAMOS,<br><br>Defendant. | Case No. 19-cr-1454-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION AND DISMISSING INFORMATION** |

Upon motion of the United States, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Information [Dkt. No. 8] without prejudice.

**IT IS SO ORDERED.**

Dated: June 24, 2019

Hon. Anthony J. Battaglia
United States District Judge